

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1736-09

**CHRISTI LYNN JOHNSTON, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S AND APPELLEE'S
### PETITIONS FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS TARRANT COUNTY

**JOHNSON, J., filed a concurring opinion.**

### C O N C U R R I N G   O P I N I O N

The majority cites to *State v. May*[1] among examples of courts in other states that have found

various conditions acceptable under *Schmerber*. But the blood draw in *May* was not done by a

physician in a hospital environment as was true in *Schmerber*, and the *Schmerber* Court said in dicta

that it was "not presented with the serious questions which would arise if a search involving use of

a medical technique, even of the most rudimentary sort, were made by other than medical personnel

---

[1] 112 P.3d 39 (Ariz. Ct. App. 2005)(quoting *Schmerber v. California*, 384 U.S. 757 (1966); a blood sample "taken by a physician in a hospital environment according to accepted medical practices" was reasonable. *Id*. at 771-72.)

or in other than a medical environment . . . ," and that "[t]o tolerate searches under these conditions might be to invite an unjustified element of personal risk of infection and pain." *Id.*

This case presents the very question that the Supreme Court did not address in *Schmerber*–blood draws taken "by other than medical personnel or in other than a medical environment." While I agree that, in the circumstances of this case, the drawing of blood was properly done, I wish to avoid any implication that this Court would or should find that a blood draw, done on the side of the road at the rear of a police car, was properly "taken in a sanitary place." Texas Transportation Code, Section 724.017(a). In my view, a road-side draw also violates the Fourth Amendment to the United States Constitution because such conditions create "an unjustified element of personal risk of infection and pain," and such a search would therefore be unreasonable.

I concur in the judgment of the Court.


Filed: March 16, 2011
Publish